UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUV N' CARE, LTD. and ADMAR INTERNATIONAL, INC.,

Plaintiffs/Counterclaim Defendants,

-vs.-

MAYBORN USA, INC.,

Defendant/Counterclaim Plaintiff.

11 CV 2460 (SAS)

### DECLARATION OF DEEPRO MUKERJEE IN SUPPORT OF DEFENDANT MAYBORN USA INC.'S STATEMENTS OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL CIVIL RULE 56.1

Deepro Mukerjee hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of this Court and a partner at the law firm of Alston & Bird LLP, counsel for Defendant Mayborn USA, Inc. ("Mayborn").

2. I make this declaration in support of Mayborn's Motion for Summary Judgment and Statements of Undisputed Material Facts Pursuant to Local Civil Rule 56.1.

3. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. D634,439S, dated March 15, 2011.

4. Attached hereto as Exhibit 2 is a true and correct copy of the U.S. Design Patent No. D617,465 dated June 8, 2010.

5. Attached hereto as Exhibit 3 is a true and correct copy of the currently pending U.S. Patent Application No. 10/536,106.

6. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent Number 6,994,225 B2, dated February 7, 2006.

7. Attached hereto as Exhibit 5 is a true and correct copy of portions of the file history of the D465 patent.

8. Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent Number 6,102,245, dated August 15, 2000.

9. Attached hereto as Exhibit 7 is a true and correct copy of U.S. Design Patent Number D457,778, dated May 28, 2002.

10. Attached hereto as Exhibit 8 is a true and correct copy of U.S. Design Patent No. D460,322, published July 16, 2002.

11. Attached hereto as Exhibit 9 is a true and correct copy of Japan Patent Office Registered Design Number D129061, dated December 17, 2001.

12. Attached hereto as Exhibit 10 is a true and correct copy of U.S. Patent No. 6,321,931, dated November 27, 2001.

13. Attached hereto as Exhibit 11 is a true and correct copy of U.S. Patent Application Publication No. US 2002/0066741 A1, dated June 6, 2002.

14. Attached hereto as Exhibit 12 is a true and correct copy of portions of Cooper C. Woodring's Design Patent and Trade Dress Infringement Reports.

15. Attached hereto as Exhibit 13 is a true and correct copy of U.S. Patent Number D387,247, dated December 9, 1997.

16. Attached hereto as Exhibit 14 is a true and correct copy of pictures of the packaging for the Nuby Soft Spout No-Spill Cups.

17. Attached hereto as Exhibit 15 is a true and correct copy of portions of the

February 16, 2012 deposition of Nouri Edward Hakim.

Dated: February 27, 2012

                                                                                            */s/ Deepro Mukerjee*
                                                                                            Deepro Mukerjee