UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUV N' CARE, LTD. and ADMAR INTERNATIONAL, INC.,<br><br>　　　Plaintiffs/Counterclaim Defendants,<br><br> v.<br><br>MAYBORN USA, INC.<br><br>　　　Defendant/Counterclaim Plaintiff. | Civil Action No. 11-CV-2460 (SAS)<br><br>(JURY TRIAL DEMANDED)<br><br>**FILED UNDER SEAL** |

**DECLARATION OF NOURI E. HAKIM IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**











5