UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUV N' CARE, LTD. and ADMAR
INTERNATIONAL, INC.,

      Plaintiffs/Counterclaim Defendants,

 -vs.-

MAYBORN USA, INC.,

      Defendant/Counterclaim Plaintiff.

11 CV 2460 (SAS)

**DECLARATION OF VICTORIA E. SPATARO IN SUPPORT OF
DEFENDANT MAYBORN USA INC.'S REPLY MEMORANDUM
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Victoria E. Spataro, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of this Court and an associate at the law firm of Alston & Bird LLP, counsel for Defendant Mayborn USA, Inc. ("Mayborn").

2. I make this declaration in support of Mayborn's Reply Memorandum in Support of Motion for Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of portions of the transcript of the November 14, 2011 telephonic hearing with the Court.

4. Attached hereto as Exhibit 2 is a true and correct copy of portions of the March 22, 2011 deposition of Mr. Cooper Woodring.

5. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 5,988,425.

6. Attached hereto as Exhibit 4 is a true and correct copy of portions of the

February 23, 2012 deposition of Mr. Arnold Rees.


Dated:  April 2, 2012

*Victoria E. Spataro*
_____
Victoria E. Spataro